**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DAVID EDWARD MEGENHARDT,** | : | |
| **Plaintiff** | : | CIVIL ACTION NO. 3:15-1897 |
| v. | : | (MANNION, D.J.) |
| **NANCY A. BERRYHILL,**[1] | : | (SCHWAB, M.J.) |
| **Commissioner of Social Security,** | : | |
| **Defendant** | : | |

**MEMORANDUM**

Pending before the court is the March 10, 2017 report of Judge Susan E. Schwab, which recommends that the final decision of the Commissioner denying the plaintiff's claim for supplemental security income ("SSI") under Title XVI of the Social Security Act be affirmed and that the case be closed. (Doc. 20). Neither the Commissioner nor the plaintiff have filed any objections to Judge Schwab's report. The time within which objections to the report were due has expired.

Where no objection is made to a report and recommendation, the court should, as a matter of good practice, "satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed.R.Civ.P. 72(b), advisory committee notes; see also Univac Dental Co. v. Dentsply Intern., Inc., 702 F.Supp.2d 465, 469 (2010) (citing Henderson v.

---

[1] On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin, Acting Commissioner of Social Security, as the defendant in this suit.

Carlson, 812 F.2d 874, 878 (3d Cir. 1987) (explaining judges should give some review to every Report and Recommendation)). Nevertheless, whether timely objections are made or not, the district court may accept, not accept or modify, in whole or in part, the findings or recommendations made by the magistrate judge. 28 U.S.C. §636(b)(1); Local Rule 72.31.

      The court has reviewed all of the reasons presented by Judge Schwab for recommending that the plaintiff's appeal of the Commissioner's decision denying his claim for SSI benefits, (Doc. 1), be denied. Because the court agrees with the sound reasoning that led Judge Schwab to the conclusions in her report, including her conclusion that substantial evidence supported the Commissioner's finding that plaintiff has the residual functional capacity to perform light work with limitations, and finds no clear error on the face of the record, the court will adopt the report in its entirety. An appropriate order shall issue.

                                                        s/ *Malachy E. Mannion*
                                                        **MALACHY E. MANNION**
                                                        **United States District Judge**

**Date: March 28, 2017**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1897-01.wpd