# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID EDWARD MEGENHARDT,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:15-1897** |
| v. | : | **(JUDGE MANNION)** |
| **NANCY A. BERRYHILL,** | : | **(SCHWAB, M.J.)** |
| **Commissioner of Social Security,** | : | |
| **Defendant** | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Schwab, **(Doc. 20)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the plaintiff's appeal of the final decision of the Commission denying his claim for SSI benefits, **(Doc. 1)**, is **DENIED** and the Commissioner's decision is **AFFIRMED**; and

**(3)** the Clerk of Court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: March 28, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-1897-01-ORDER.wpd